

, pro se.
Nevada Southern Detention Center
2190 East Mesquite Ave.
Pahrump, NV. 89060

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JoHN David Nagel

Plaintiff,

vs.

CORE CIVIC, et al.,
Defendants

**CIVIL RIGHTS COMPLAINT
PURSUANT TO
42 U.S.C § 1983**

## 2:20-cv-01279-GMN-DJA

### A. JURISDICTION

1) This complaint alleges that the civil rights of Plaintiff,                          , who presently resides at Nevada Southern Detention Center (NSDC), were violated by the actions of the below named individuals that were directed against Plaintiff at NSDC in Pahrump, Nevada on the following dates: For Count 1- May 2020 to present.

2) This complaint alleges that the civil rights of Plaintiff, John Doe's (names to be provided when known), who presently resides at Nevada Southern Detention Center (NSDC), were violated by the actions of the below names individuals that were directed against Plaintiff at NSDC in Pahrump, Nevada on the following dates: For Count 1- May 2020.

### DEFENDANTS

3) Defendant, Core Civic (CC), is employed as a detention center for the Untied States Marshal Service (USMS). This defendant is sued under their individual and official capacity under color of state and federal law. They have a contract and are partners with USMS/Department of Justice as a subsidiary of the United States Federal Government to house federal inmates.

4) Defendant, Brian Koehn, resides in the state of Nevada and is employed as Warden at NSDC. This defendant is sued in his individual and official capacity under color of state and federal law. He is the Warden at NSDC for Core Civic responsible for the well being of the federal detainees that are housed there.

5) Defendant, Ms. Laurer, resides in the state of Nevada and is employed as Deputy Warden at NSDC. The defendant is sued in her individual and official capacity under color of state and federal law. She is the Deputy Warden at NSDC for Core Civic responsible for the well being of the federal

detainees that are housed there.

6) Defendant, Mr. Jefferson, resides in the state of Nevada, and is employed as a United States Marshal. This defendant is sued in his individual and official capacity under color of state and federal law. He is in charge over the care of federal inmates housed within NSDC.

7) Defendants are John Does for the names are unknown at this time and will be named once known. The names on the grievances are not ledge-able to determine the names. And the other staff members are not names known, yet in both instances the dates provide a point of reference to work from where names can be determined through discovery process. These defendants are sued in their individual and official capacity under color of state and federal law.

8) Jurisdiction is invoked pursuant to 42 U.S.C. § 1983.

## B. REQUEST FOR CLASS CERTIFICATION

It is the request of Plaintiff that the court grant class certification pursuant to Federal Rules of Civil Procedure Rule 23 and 28 U.S.C. § 1332.

## C. NATURE OF THE CASE

As a federal inmate who is being housed within a private facility that houses federal inmates for the USMC and the BOP should be allowed the same rights as those housed at BOP facilities under the equal protections of the law. As a private facility NSDC claims that detainees are not afforded the same rights as those housed in BOP facilities. At NSDC the defendants exposed detainees to a deadly virus COVID-19 and could of alleviated and prevented the problem from occurring yet refused to adhere to the warning signs, statistical facts, BOP guidelines and CDC guidelines on how to deal with COVID-19 and contaminated/infected detainees. A warning was given not only through the grievance system by detainees fears but staff also warned their superiors of their owns fears. It was predicted by detainees and staff that if movement was not stopped those within NSDC would be exposed to COVID-19. Defendants were deliberate indifferent to the safety of detainees with reckless disregard. Lets be clear about this. They, defendants, are the cause of this outbreak and it could have been prevented yet they refused to heed not only the warning signs and statistics but also the concerns that staff and detainees has raised on numerous occasions. The staff and detainees predicted this would occur and a record exist that supports this as a statement of facts. Lets be clear about this. If one does not believe that the dangers of contracting a deadly virus does not play one ones psyche, that causes one who already has a mental disorder, emotional and mental distress they are gravely mistaken. It takes a heavy toll.

## D. CAUSES OF ACTIONS

COUNT 1: THE 8th AMENDMENT TO THE U.S. CONSTITUTION-DELIBERATE INDIFFERENCE/RECKLESS DISREGARD

Material fact based upon grievances, letters, notes, medical sick call requests and articles. The names of Mr. Bacon, Mr. Kane and Mr. Polis are detainees at NSDC and are Plaintiffs in their own civil rights complaint:

1) Plaintiff was told personally by the Deputy Warden, head of medical, in May 2020-to

present, that all inmates and staff are screened for COVID-19. This statement is false and that is factual;

2) Plaintiff was told personally by the Deputy Warden and in May 2020-to present, that NSDC ceased movement of inmates and detainees among its facilities because of COVID-19 concerns. This statement is false and that is factual for later NSDC says now, wont stop for they have a contract with their partners;

a) Plaintiff and many other detainees have asked repeatedly to the Deputy Warden, and staff for NSDC to cease movements, they didn't, they continued to move inmates from infected facilities to NSDC and it caused an outbreak of COVID-19 to occur. Keep in mind these requests were made on multiple times over a period of Months before the outbreak occurred to these named individuals;

3) Plaintiff was told personally by the Deputy Warden and head of medical in May 2020-to present, they will create social distancing by using every other bunk for placement. This statement is false and that is factual especially a prison facility that is a dorm setting of 96 people;

4) Plaintiff was told personally by the Deputy Warden, and staff in May 2020 -to present, detainees are served styrofoam food trays that are in quarantine in sections BA and CA. This statement is false and that is factual for Mr. Bacon saw personally when he was in CA they were serving trays they serve to general population;

5) Plaintiff was told personally by the Deputy Warden, head of medical in May 2020-to present, NSDC is equipped to provide appropriate care for COVID-19. This statement is false and that is factual for no place is equipped to provide appropriate care for COVID-19 especially a prison facility that is a dorm setting of 96 people who share 8 showers, 8 sinks and 5 toilets;

6) Plaintiff was told personally by the Deputy Warden and staff in May 2020-to present, they will implement cleaning and disinfectant procedures. This statement is false and that is factual ever since section G-2 has been on quarantine no such thing has occurred. In fact even before quarantine was implemented no such thing has occurred;

7) Plaintiff was told personally by the Deputy Warden and staff in May 2020-to present, they will reinforce healthy hygiene practices. This statement is false and that is factual for there have been times no soap is available;

8) Detainees are not given proper masks to wear nor do staff half the time either don't wear them or don't wear them properly and the masks are not CDC compliant. This is factual;

9) Staff at CORE CIVIC, medical and other staff are leaving and is understaffed;

10) Plaintiff was told personally by the Deputy Warden and staff in May 2020 -to present, detainees are served styrofoam food trays that are in quarantine in sections BA and CA. Yet in May, 2020 Plaintiff was in section CA housing and personally saw BA and CA housing being served regular trays that they used for general population instead of Styrofoam trays, for BA and CA housing is the quarantine section for CORE CIVIC;

11) Plaintiff and other detainees have asked for months to test us because of COVID-19 concerns of people being asymptomatic. This request has been made to the Deputy Warden, head of

medical and staff for months. Plaintiff said that its a fact if one person in here has COVID-19 odds are there are asymptomatic people here statistics and data has proven this and we need the test to protect ourselves and it helps NSDC also to better contain the virus. Their response was they don't have the test and we don't need them.

12) On May 27th 2020 Mr. Sapp the one in whom is over the unit managers came into section G-2 about 5:30 p.m. And stated that at least 60%-70% of us in here has asymptomatic COVID-19. And that if you don't have more than 2 or 3 symptoms we wont be tested;

13) The nurses in whom pass out medications, insulin etc. do not practice the necessary precautions to ensure our safety for they go into a quarantine section to a regular housing without sometimes changing gloves or wiping the medical cart down;

14) Sunday May 31st 2020 a riot broke out because a staff member wrongfully used excessive force. It needs to be understood that this transpired during the riots that occurred across the nation and now its being done in front of them that ignited a precarious situation. They used OC spray and it caused all to be inflicted with shortness of breath having a hard time to breath and most were not involved, innocent bystanders;
a) From the riot they took detainees to administration segregation, section BA, to sort things out. They took those from administration segregation and placed them in G-2, these new arrivals in section BA and CA were suppose to be quarantined for 14 days, that didn't happen for they were not quarantined for that length of time per CDC or BOP guidelines. Once out of admin. seg., they placed the plaintiffs well being at risk because they placed us in the same section G-2, with the person in whom was sick they put him in regular housing exposing/contaminating us all. For on June 3rd 2020 they took him in the middle of the night to place him in isolation because of him being sick yet there was those who rode with him on the bus to CORE CIVIC say that he was sick even then.

15) On June 9th 2020 at about 11:00 A.M., Chief unit manager Mr. Sapp, G-2 unit manager and head of medical came into G-2 and confirmed that the person in whom we reference above herein at #19(a) has COVID-19 the test came back positive. Mr. Sapp was asked a question why they didn't quarantine the person per the CDC and BOP guidelines/requirements. Especially since CORE CIVIC has claimed for months that they are CDC and BOP compliant as to quarantine procedures. He stated that "it is what it is," all within G-2 personally heard Mr. Sapp make this cavalier statement. It goes to show their attitude of they don't care. They also admitted at this same time that "the person was not quarantined properly" we also personally heard this and that's what made the statement of "it is what it is" so aggravating and got all of us worked up. Its as though we don't matter that its no big deal they may have exposed us to a death sentence. Here is an important factor: **the person in whom tested positive at CORE CIVIC was already sick when he arrived, traveling here by bus full of people, arriving on May 28th 2020 was placed in quarantine only until June 1st 2020 that's about 4 days, then moved to regular housing in a dorm of about 96 people.** This is reckless disregard and deliberate indifference for it unnecessarily exposed us all and now we are in mental and emotional distress. This was preventable.

16) On June 10th 2020, in section G-2, Mr. Sapp stated the following: "I hope you have a good lawyer. Ill be waiting for the lawsuit. Good luck with that." This was in regards to how they have been treating us and that we would let our attorneys be made aware. This was personally heard by Mr. Kane and Mr. Bacon and others within G-2.

17) On June 10th 2020 at the P.M. pill call to pass out medication in section G-2. The nurse in whom did this made the statement to Mr. Bacon that: "Its bullsh_t what they are doing to you guys and what you all have to go through on how they, (referencing CORE CIVIC) is dealing with the COVID-19 outbreak in housing G-2." This was personally heard by Mr. Bacon

18) Besides the first person who was taken out of section G-2 and came back positive for COVID -19, there were 4 additional people taken out as well. One was taken out on Wednesday, June 10th 2020 from bunk 10b,  the second was taken Friday, June 12th 2020 from bunk 42b, the third was taken Sunday, June 14th 2020 from bunk 27b, the 4th was taken early morning of June 15th 2020 from bunk 15b. Now we are up to 5 and still counting. They showed symptoms and waiting for confirmation and we have not counted those who are asymptomatic because they, CORE CIVIC refuse to test to determine the extent of the infection rate. Not testing all is a travesty and deliberate indifferent to containing the spread of CIVID-19.

19) On June 11th 2020, in section G-2, a female staff member told Mr. Bacon and a couple of detainees who were standing by the mailbox, that she personally told them (CORE CIVIC) not to transport any more people in here because of the COVID-19 concerns for it wasn't problematic as it is now and they ignored the staff members concerns. Mr. Bacon personally heard this statement.

20) So far all the ones who have become sick thus far all arrived on the same bus and was not quarantined properly before they were placed in general population. This started a chain reaction.

21) To stop the spread of COVID-19 they could put us all in cells instead of a dorm setting of 96 people who share 8 showers, 5 toilets, and 5 sinks. This would guarantee that it could be isolated and not put anymore at risk. They refused the suggestion that was made by Mr. Bacon and Mr. Kane. The suggestion was put forth when Mr. Kutz and Mr. Sapp was in section G-2 on June 10th 2020. It is deliberate indifference and reckless disregard in not protecting those of us who are not infected to not contain the COVID-19 outbreak. Now its almost a given the rate of infected will rise because of their inaction to protect us.

22) Plaintiff was told personally by the Deputy Warden, Chief Delaney, head of medical and other staff, that NSDC have negative pressure cells to satisfy COVID-19 care yet the ratio per detainee exceeds the numbers of cells to where it is impossible to contain. With the number of detainees removed from G-2 its at capacity and if not then it will soon be for the number per statistic reports it will only continue to rise. It as we have stated. There are not enough negative pressure cells to handle the infected once on the rise. And to say NSDC can contain this virus or satisfy COVID-19 care, is ignorant for its a proven fact no one can contain this pandemic.

23) When a staff member came into G-2, Mr. Bacon, asked him why he was posted here when his shift was at G-1 and there it was an A.M. post while here it is a P.M. post and this is a quarantined section because of COVID-19. His statement was "their punishing me" they meaning CORE CIVIC. This transpired its believed last week. So the week of June 10th 2020? Its the first time he came into the unit to do his shift.

24) Since Friday, June 12th 2020, Mr. Bacon, Mr. Kane and other detainees have been feeling sick. When we raised these concerns we were told that because we do not have a temperature of 101 degrees or greater its not a concern. Mr. Bacon called his mother on Sunday, June 14th 2020 and informed her of his feeling of being sick and how at night he woke up in his body being covered in sweat and how his muscles ache. Mr. Bacon has also told both his attorneys of this as well. The people

here at CORE CIVIC has not assisted us even after our concerns were raised.

25) On Monday, June 15ᵗʰ 2020 they brought back the person that lived in bunk 10b that left earlier for fear of him being infected for COVID-19. He said that his test came back negative and put him in bunk 15b. About 1 1/2 days later they took him out of G-2 for he was still sick. If he was negative as medical claimed they shouldn't of put him in section G-2 that was quarantined from a previous positive test of COVID-19 for the quarantine was not lifted and if he wasn't negative then medical shouldn't of moved him back to section G-2 to reinfect the section.

26) On Thursday, June 18ᵗʰ 2020 they took bunk 22a out of section G-2 for fear of infection of COVID-19.

27) On Friday June 19ᵗʰ 2020 medical brought back to section G-2 bunk 27b that previously left for fear of COVID-19 and he indicated that he came back negative yet medical brought him back to G-2 that was still under quarantine at the risk of infecting him with COVID-19 for he was negative.

28) On Friday June 19ᵗʰ 2020 section G-4 was quarantined for COVID-19 a positive case was confirmed.

29) On Friday June 19ᵗʰ 2020 Deputy Warden, head of medical and a Captain came into section G-2 and it was the first time anyone came in since June 9ᵗʰ 2020 to give us an update as to the status of those that were taken out for fear of COVID-19.
   a) They tried to down play the situation and say how lucky we are compared to other institutions for others were hit harder;
   b) Mr. Bacon and Mr. Kane said to them that NSDC were the cause of the outbreak because NSDC wouldn't stop moving people to this facility at NSDC and why did NSDC cross contaminate us by exposing us when the person was sick before NSDC put him with us and wasn't quarantine the 14 days as NSDC told us all new arrivals would be put through and NSDC said were CDC compliant. For he came off the bus May 28ᵗʰ 2020 and put in general population June 1ˢᵗ 2020 and why wasn't NSDC, compliant to the standards set by CDC and the BOP, of quarantining one for 14 days when new arrivals come to NSDC;
   c) Deputy Warden, head of medical and Captain stated NSDC did not contaminate us with COVID-19, the person wasn't sick when he got of the bus that NSDC did not have to quarantine new arrivals for 14 days and never said this;
   d) MR. Bacon has it in writing from NSDC responding to his grievance that all new arrivals would be quarantined for 14 days and that NSDC is CDC compliant.
   e) Mr. Bacon said why didn't they, NSDC, stop movements to insure our health and safety when staff and Mr. Bacon first raised these concerns over a month ago for it could have been prevented of us being exposed to a deadly virus and why not CDC and BOP compliant when NSDC said they were. The BOP and CDC said movements should be halted. Just like NSDC responded to Mr. Bacon's grievance the Deputy Warden stated they wont stop moving people for they have a contract with their partners and they are CDC compliant. Then Mr. Bacon stated that his and others lives should super-cede any contact and they, NSDC cannot be compliant per CDC or BOP standards for its impossible.
   f) Mr. Kane asked Deputy Warden, head of medical and the Captain "why does it state nothing about the COVID-19 outbreak on the CORE CIVIC/NSDC web cite and when peoples family call down here NSDC says it doesn't have any active COVID-19 cases when obviously that's a lie." Deputy Warden response was "it is posted on the NSDC web cite and we do respond and say there are cases of COVID-19 at NSDC when family call." Mr. Kane said "that's not true for today my wife

looked on the web cite it doesn't say anything about COVID-19 cases and when she called NSDC says there are no cases of COVID-19 here presently." He continued to say "and we know that is not the truth for here you are saying that tests have come back recently and there were positive tests for COVID-19 presently here."

g) Mr. Bacon said his "attorney made the attempt to obtain information about the COVID-19 outbreak in NSDC and they are not being transparent nor forthcoming about the subject this includes the USMS who is on sight/assigned to NSDC, they both, are not reporting the correct information or correct numbers to the BOP."

h) Mr. Bacon asked head of medical how many from section G-2 came back as positive for COVID-19 and she said 3.

i) Mr. Bacon and Mr. Kane asked them again, just as they and others have asked by submitting multiple grievances and requests being made to medical by submitting sick call requests to test the whole section  and have been denied. This time Deputy Warden and head of medical said all within G-2 would be tested.

j) Many in section G-2, including Mr. Bacon and Mr. Kane, informed the Deputy Warden, head of medical department and the Captain, they have been feeling sick. Deputy Warden and head of medical asked all present who felt sick and about half said they did, and continued to ask did they have a temperature of over a hundred and one. It was stated by many present that by NSDC postings in the section of what to watch for, warning signs, doesn't have to be just a temperature. A combination of 2 or more symptoms can be an indicator as well. Many present indicated they had 2 or more of the symptoms. Deputy Warden and head of medical said that wasn't good enough they had to have a temperature and don't qualify for medical treatment.

30) On Friday June 19th 2020 a race riot broke out between the Blacks and the Mexicans in section G-2. Got sprayed with OC again when plaintiff was not part of the situation nor a participant. COVID-19 and OC spray are not an ideal combination for both cause respiratory problems.

a) First the Blacks were removed from the section and the Mexicans stayed in the section. The Deputy Warden made a verbal threat that she was going to put the Blacks and Mexicans back together after she separates the ones who caused the problem. Plaintiff said do not put his life in jeopardy just to make a point.

31) On Tuesday June 22nd 2020 approximately 11 A.M. Chief Delaney came in section G-2 and stated that a total of 5 people from section G-2 tested positive for COVID-19 thus far. It was said to him by Mr. Bacon and Mr. Kane what about those that are asymptomatic and will we be tested as the Deputy Warden stated. He said no there is no medical need and we wont be tested.

32) On June 24th 2020 its believed during 4:30 count, 2 people had medical come down because they were feeling sick. As to the outcome it is still unclear. Still pending.

33) On June 24th 2020 at about 11:30 P.M. A nurse told the staff member that this detainee from bunk 41b needed to go to medical because of a fever. He went to medical yet sent him back.

## E. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Administrative remedies has been exhausted and the complaint is based upon material fact by way of grievance system, letters, notes, medical sick call requests and articles.

## IN CLOSING

### WE ARE THE FORGOTTEN ONES.
As the old adage goes: out of sight out of mind.

Those that are in a facility that is private are informed that they, NSDC, do not have to provide us with the same legal rights as those who are placed in a BOP facility.

We as a collective whole at NSDC, are similarly situated as those in BOP facilities or any institution. We are serving a federal sentence, have been sentenced by the federal statutes and sentenced by a federal court. We are similarly situated and no way around it.

Our sentence should not be a death sentence. For my sentence was not one requiring death.

It is unconscionable to imagine that a court would allow a private facility holding federal detainees to get away with constitutional violations as blatant as these. They, defendants caused an outbreak of a deadly virus, COVID-19, that's unpredictable and has no compunction who it infects or kills, to infiltrate the facility. They refused to alleviate the problem and it could have been prevented, yet NSDC refused to heed the warning signs, statistics, staff and detainees stated fears, CDC and BOP guidelines.

If the court does not grant the civil rights complaint presented before it then it would be a travesty in the true sense of the word. Then where is the justice,what will we be left with, if we cant be heard. All that's left is pain and frustration of no hope because we don't matter for we are the forgotten.

## F. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

1) Trial by jury;

2) Monetary damages for punitive;

3) Monetary damages for compensatory;

4) Money damages for mental and emotion distress;

5) Attorney fees; and

6) Whatever the Court deems fair and just.

I understand that a false statement or answer to any question in this complaint will subject me to penalty of perjury. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. See 28 U.S.C § 1746 and 18 U.S.C. § 1621.

_____

Dated this ____ day of _____ 2020.

# ADDENDUM

Please be advised that the following needs to be added to the body of the civil rights

complaint under **COUNT 1** becasue events have occurrred after printing the initial complaint. It

will be listed in sequencial order so as not to confuse the matter.

34)On Wednesday June 24, 2020 at 11:30 P.M. The Captain came in to G-2 because of an incident. He stated to the Plaintiff and to other detainees in front of bunk#5 that the person in G-2 that had COVID-19, patient zero, NSDC knew he was sick before he got on the bus for NSDC are the ones that transported him and put on the bus for NSDC check all detainees before transport. The USMS ordered the movement from Caiifornia to NSDC, the California end gave patient zero Tylenol to bring the fever down. The Captain went on to say that the reason why we have not been tested is because if we come back positive NSDC does not want to be liable. This is a statement of fact because it was personally said to and heard by Plaintiff and other detainees.

35) On June 28, 2020 on both staff shifts in section G-2 that's still quarantined, two staff members told the Plaintiff and detainees that they have been sick for days. In fact the staff members have been saying this for days of them being sick. The staff members also said they are not allowed to take off form work because if they do they will be written up. He continued to say NSDC force him to work regardless of being sick. The earlier staff member indicated that he has a couple of symptoms for COVID-19 and has attempted to get tested yet for some unknown reason he is having a difficult time and mentioned the government is difficult to obtain a test from. This is a statement of fact for it was personally told to Plaintiff and other detainees.

36) Section G-2 has been on quarantine or as they say "cohort" for over 21 + days now because of the way NSDC handled the COVID-19 outbreak.

# ADDENDUM

Please be advised that the following needs to be added to the body of the civil right complaint under **Count 1** because events have occurred before and after the initial complaint. This is Mr John David Nagel's personal involvement and experience in the matter in question. It will be listed in sequential order so as not to confuse the matter.

**37).** John David Nagel arrived at the Nevada Southern Detention center (**NSDS**) on May 6 2020 from Cook Inlet Pr-trial facility, Anchorage, Alaska and was put into quarantine in cell block BA, cell 17. He and other inmates were moved out of quarantine on May 14th and put into dormitory G-2. As Mr Nagel was being transferred he and other inmates noticed that Staff marked on their official quarantine paperwork that they were quarantined until may 20th 2020 which is not true. **They were only in quarantine for eight (8) days. NSDS intentionally falsified its records to appear they were in compliance with CDC guidelines. NSDS knowingly put other inmates and staff throughout the facility at risk.**

**38).** On may 31$_{st}$ a riot broke out in G-2 dorm that Mr Nagel was not involved with and Mr Nagel was put back into cell block BA until staff further reviewed the tapes. Mr Nagel was put back into G-2 dorm a few days later with prisoners that had just gotten out of quarantine. On June 13th he woke up with multiple symptoms of Covid-19. He notified multiple staff members and filled out a sick call slip. A few days went by without getting seen or treated by medical or removed from the dorm and he again put in a sick call slip. Finally on June 19$_{th}$ he was seen by a nurse and told that there was nothing they could do, especially since he didn't have a fever. He was very sick and suffered tremendously through the sickness with no medication or assistance. He asked Three times to get tested for Covid-19 and filled out two grievance forms. He never got tested or a response to his inquires.