UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DAVID NAGEL, | Case No. 2:20-cv-01279-GMN-DJA |
| Plaintiff | ORDER |
| v. | |
| CORE CIVIC, *et al.*, | |
| Defendants | |

**I.    DISCUSSION**

On July 28, 2020 and August 3, 2020, this Court received two items of returned mail from the Nevada Southern Detention Center ("NSDC") indicating that the Plaintiff was no longer a NSDC detainee. (ECF Nos. 6 and 7).

Pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff until **September 9, 2020** to file his updated address with this Court. If Plaintiff does not update the Court with his current address by **September 9, 2020**, the Court will dismiss this action without prejudice.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file his updated address with the Court no later than **September 9, 2020**.

/ / /

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, the Court shall dismiss this case without prejudice.

DATED: August 10, 2020

_____
UNITED STATES MAGISTRATE JUDGE