UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DAVID NAGEL,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CORE CIVIC, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 2:20-cv-01279-GMN-DJA<br><br>ORDER |

**I.   DISCUSSION**

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by an individual who has now been released from custody.  Plaintiff previously submitted an incomplete application to proceed *in forma pauperis* for prisoners.  (ECF No. 1).  The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner on or before **October 9, 2020** or pay the full filing fee of $400.

The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1) but will not file it until the matter of the payment of the filing fee is resolved.

**II.   CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **October 9, 2020**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

/ / /

/ / /

IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF No. 1-1) but shall not file it at this time.

DATED:  September 9, 2020

_____
UNITED STATES MAGISTRATE JUDGE